UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM JON MERRIMAN,

    Petitioner,

v.

TIMOTHY PARKER,

    Respondent.
_____/

Case No. 1:19-cv-740

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: December 4, 2019                  /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge